IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 NOV 22 P 3: 16
CLERK
_____ DIST. OF GA.

DANNY LEE WRIGHT,

    Petitioner,

vs.

JOSE M. VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO. CV205-001

## ORDER

Petitioner has filed a "Motion for Reversal of Opinion Dismissing the Above Numbered Case." The Order which Petitioner seeks reconsidered is dated October 5, 2005, and it denied Petitioner's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241. Petitioner asserts that he never received the September 12, 2005, Report and Recommendation, and did not have the opportunity to file his objections. After review, Petitioner's Motion for Reconsideration is **DENIED**. The Order dated October 5, 2005, shall remain the Order of the Court. The Clerk is directed to forward another copy of the September 12, 2005, Report and Recommendation to Petitioner for his records.

SO ORDERED, this 22 day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)